IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.    :    No. 2:12-MJ-00004
                        MAGISTRATE JUDGE KEMP

WYTEIA RAMONT WEBSTER

## O R D E R

It appearing that Defendant Wyteia Ramont Webster has now been arrested by agents of the Federal Bureau of Investigation in Kissimmee, FL, on Friday, January 6, 2012 , and is therefore no longer a fugitive, the United States Attorney is hereby granted leave to file a dismissal of the complaint filed with the United States Magistrate against the named defendant. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

                                              /s/ Terence P. Kemp
                                              UNITED STATES MAGISTRATE JUDGE